The Honorable Judge Jamal Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

Douglas Alexi Maradiaga,

Petitioner,

v.

ICE Field Office Director,

Respondent.

Case No. 2:26-cv-01449-JNW

STIPULATED MOTION AND ORDER
ALLOWING LEAVE TO AMEND
PETITION FOR WRIT OF HABEAS
CORPUS AND ESTABLISHING
BRIEFING SCHEDULE

Noted for hearing: 5/4/2026

## I.   STIPULATION

By signing below, counsel stipulate to the following facts. Petitioner Douglas Alexi Maradiaga (alien number 205930792) delivered a *pro se* petition for a writ of habeas corpus to this Court on or around April 23, 2026 and this action was filed on April 29, 2026. Dkt. Nos. 1, 3. The Court entered an order on April 29 directing Respondent to file a return to the petition by May 13. Dkt. No. 4, ¶ 1. The Court directed Petitioner to file any traverse to the return by May 18. *Id*., ¶ 2.

After submitting his petition for filing, Mr. Maradiaga obtained legal representation and counsel entered an appearance on his behalf in this action on April 30, 2026. Dkt. No. 5.

The Parties, Douglas Maradiaga and ICE Field Office Director, agree that Petitioner may file an amended petition for a writ of habeas corpus in this action by May 14, 2026 and that service upon any named Respondents who are officials or employees of the United States will be

STIPULATED MOTION AND ORDER - 1
Case No. 2:26-cv-01449

**Smith & Dietrich Law Offices PLLC**
1226 State Avenue NE, Suite 205
Olympia, WA 98506
Tel. (360) 915-6952

effective, without the need for a summons, provided the amended petition is electronically delivered by the filing deadline to the address usawaw.immigrationhabeasservice@usdoj.gov.

Judicial economy and the interests of justice support striking the existing deadlines on briefing Petitioner's original petition. The Parties agree that the return to the amended petition will be filed by May 28, 2026 or by fourteen days after the amended petition is filed, whichever is sooner; and Petitioner's traverse will be filed by June 2, 2026 or five days after the return is filed, whichever is sooner.

STIPULATED TO AND DATED this 4th day of May, 2026.

SMITH & DIETRICH LAW OFFICES PLLC

UNITED STATES DEPARTMENT OF JUSTICE

By: /s/ Walter Smith
    Walter M. Smith (WSBA No. 46695)
    walter@smithdietrich.com
    1226 State Ave. N.E., Suite 205
    Olympia, WA 98506
    Phone: (360) 915-6952

/s/ Lawrence Van Daley
Lawrence Van Daley, WSBA 53102
Special Assistant United States Attorney
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (253) 428-3825
Email: lawrence.van.daley@usdoj.gov

*Attorneys for Petitioner*

*Attorney for Federal Respondents*

STIPULATED MOTION AND ORDER - 2
Case No. 2:26-cv-01449

**Smith & Dietrich Law Offices PLLC**
1226 State Avenue NE, Suite 205
Olympia, WA 98506
Tel. (360) 915-6952

## II.    ORDER

The Court has reviewed the Parties' above stipulated motion to allow Petitioner leave to file an amended petition for a writ of habeas corpus. The Court orders that the Parties' stipulated motion is granted, and the existing briefing deadlines in this action are hereby amended as follows: the deadline for Petitioner to file an amended petition will be May 14, 2026; the deadline for Respondents to file any return will be by May 28, 2026 or fourteen days after Petitioner's amended petition is filed, whichever is sooner; and any traverse will be due by June 2, 2026 or five days after any return is filed, whichever is sooner. The Parties are directed to abide by the terms of their stipulation and the Court's order dated April 29, 2026 to the extent it is not in conflict with this order.

It is SO ORDERED this 4th day of May, 2026.

_____
Honorable Jamal N. Whitehead

Presented by:

SMITH & DIETRICH LAW OFFICES PLLC

/s/ Walter Smith
_____
Walter M. Smith (WSBA No. 46695)
walter@smithdietrich.com
1226 State Ave. N.E., Suite 205
Olympia, WA 98506
Phone: (360) 915-6952

Attorneys for Petitioner

s/ Lawrence Van Daley
_____
LAWRENCE VAN DALEY, WSBA No. 53102
Special Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402

STIPULATED MOTION AND ORDER - 3
Case No. 2:26-cv-01449

Smith & Dietrich Law Offices PLLC
1226 State Avenue NE, Suite 205
Olympia, WA 98506
Tel. (360) 915-6952

Phone: (253) 428-3825
Fax:    (253) 428-3826
Email: lawrence.van.daley@usdoj.gov

*Attorneys for Respondent*

STIPULATED MOTION AND ORDER - 4
Case No. 2:26-cv-01449

**Smith & Dietrich Law Offices PLLC**
1226 State Avenue NE, Suite 205
Olympia, WA 98506
Tel. (360) 915-6952